THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN EGAN, Appellant.

*Crimes — conviction for murder in first degree.*

(Argued April 20, 1920; decided May 4, 1920.)

APPEAL from a judgment of the Supreme Court, rendered October 27, 1919, at a Trial Term for the

county of Bronx, upon a verdict convicting defendant of the crime of murder in the first degree.

*Charles Eno* and *Joseph V. McKee* for appellant.

*Francis Martin, District Attorney (Charles B. Mc-Laughlin, Peter A. Hatting* and *Albert Cohn* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.